UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---------------------------------------x
:
David Tatarian, *on behalf of himself and* :
*others similarly situated*, : **Civil Action No. 2:18-cv-12545-TGB-RSW**
:
Plaintiff, :
:
v. :
:
Progressive Business Funding, :
Inc., and Richard Brazee, :
:
Defendants. :
---------------------------------------x

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, David Tatarian, through his counsel, hereby voluntarily dismisses the above-captioned case without prejudice.

DATED:  March 27, 2019

Respectfully submitted,

*/s/ Alexander D. Kruzyk*
Alexander D. Kruzyk
Michael L. Greenwald
James L. Davidson
Greenwald Davidson Radbil PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, Florida 33487
Tel: (561) 826-5477
Fax: (561) 961-5684
akruzyk@gdrlawfirm.com
mgreenwald@gdrlawfirm.com
jdavidson@gdrlawfirm.com

Aaron D. Radbil
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

Andrew Campbell
Attorney at Law
1000 Beach Street, Suite B West Entrance
Flint, MI 48502
Phone: (810) 232-4344
michiganbk@gmail.com

*Counsel for Plaintiff and the proposed classes*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Alexander D. Kruzyk*
Alexander D. Kruzyk
