UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID TARTARIAN,<br>        Plaintiff,<br><br>vs.<br><br>PROGRESSIVE BUSINESS FUNDING, et al.,<br><br>        Defendant. | 18-CV-12545<br><br>HONORABLE TERRENCE G. BERG |

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                BY THE COURT:

                                                /s/Terrence G. Berg
                                                TERRENCE G. BERG
                                                UNITED STATES DISTRICT JUDGE

Dated: March 28, 2019